■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MEDINA, Appellant. [767 NYS2d 216]—

Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered November 20, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

Defendant did not establish a proper foundation for impeach-

ing the arresting officer by means of a purported prior inconsistent statement contained in a prisoner property form (*see People v Wise*, 46 NY2d 321, 326 [1978]; *People v Duncan*, 46 NY2d 74, 80-81 [1978], *cert denied* 442 US 910 [1979]). Accordingly, there was no violation of defendant's right to confront witnesses (*see Delaware v Van Arsdall*, 475 US 673, 678-679 [1986]). Defendant's argument that the document also qualified as a business record is unpreserved and we decline to review it in the interest of justice. Concur—Saxe, J.P., Rosenberger, Williams, Lerner and Friedman, JJ.